| | |
|---|---|
| 1 | DOUGLAS HAN (SBN 232858) |
| | dhan@justicelawcorp.com |
| 2 | SHUNT TATAVOS-GHARAJEH (SBN 272164) |
| | statavos@justicelawcorp.com |
| 3 | PHILLIP SONG (SBN 326572) |
| | psong@justicelawcorp.com |
| 4 | JUSTICE LAW CORPORATION |
| | 751 North Fair Oaks Ave., Suite 101 |
| 5 | Pasadena, CA 91103 |
| | Telephone: (818) 230-7502 |
| 6 | Facsimile: (818) 230-7259 |
| 7 | Attorneys for Plaintiff |
| | TRAYVION TERRELL |
| 8 | |
| 9 | CHRISTOPHER W. DECKER, CA Bar No. 229426 |
| | christopher.decker@ogletree.com |
| 10 | SAGE S. STONE, CA Bar No. 304086 |
| | sage.stone@ogletree.com |
| 11 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 12 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA 90071 |
| 13 | Telephone: 213-239-9800 |
| | Facsimile: 213-239-9045 |
| 14 | |
| 15 | Attorneys for Defendants |
| | SAMUEL, SON & CO. (USA) INC. and SIERRA ALUMINUM COMPANY |
| 16 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAYVION TERRELL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. (USA) INC., a Delaware corporation; SIERRA ALUMINUM COMPANY, a California corporation; MAIN STEEL, an unknown California business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00587 JGB (KKx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DEADLINES**<br><br>Complaint Filed: February 3, 2020<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>Courtroom 1, Riverside<br>Magistrate Judge: Kenly Kiya Kato<br>Courtroom 3 or 4, Riverside |

Plaintiff Trayvion Terrell and Defendants Sierra Aluminum Company and Samuel, Son & Co. (USA) Inc. (collectively, the "Parties"), hereby advise the Court that they have reached a settlement and have executed a formal settlement agreement. A Joint Stipulation regarding Dismissal will be filed shortly. Accordingly, the Parties request that the Court vacate all currently set deadlines in this matter, including but not limited to the March 24, 2021 deadline for Defendants to respond to the operative First Amended Complaint.

Respectfully submitted,

DATED: March 23, 2021               JUSTICE LAW CORPORATION


By: */s/ Phillip Song*
    Phillip Song
    Shunt Tatavos-Gharajeh

Attorneys for Plaintiff
TRAYVION TERRELL


DATED: March 22, 2021               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Christopher W. Decker*
    Christopher W. Decker
    Sage S. Stone

Attorneys for Defendants
SAMUEL, SON & CO. (USA) INC. and
SIERRA ALUMINUM COMPANY

46497333.1