DOUGLAS HAN (SBN 232858)
SHUNT TATAVOS-GHARAJEH (SBN 272164)
PHILLIP SONG (SBN 326572)
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

*Attorneys for* Plaintiff Trayvion Terrell

CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletree.com
SAGE S. STONE, CA Bar No. 304086
sage.stone@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:   213-239-9800
Facsimile:   213-239-9045

*Attorneys for* Defendants Samuel, Son & Co. (USA) Inc., Sierra Aluminum Company, and Main Steel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVION TERRELL, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL, SON & CO. (USA) INC., a Delaware corporation; SIERRA ALUMINUM COMPANY, a California corporation; MAIN STEEL, an unknown California business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-00587-JGB (KKx)<br><br>District Judge: Hon. Jesus G. Bernal<br>Courtroom 1, Riverside<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:   February 3, 2020<br>Trial Date:           None Set |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Trayvion Terrell ("Plaintiff") and Defendants Samuel, Son & Co. (USA) Inc., Sierra Aluminum Company, and Main Steel ("Defendants"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this matter shall be dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the class and/or representative claims, with each party to bear its own attorney's fees and costs.

Dated: March 30, 2021              **JUSTICE LAW CORPORATION**

By: /s/ Phillip Song
    Douglas Han
    Shunt Tatavos-Gharajeh
    Phillip Song
    *Attorneys for* Plaintiff

Dated: March 30, 2021              **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Christopher W. Decker
    Christopher W. Decker
    Sage S. Stone
    *Attorneys for* Defendants Samuel, Son & Co. (USA) Inc., Sierra Aluminum Company, and Main Steel